The Honorable John H. Chun

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>2. D'ARIUS JACKSON,<br>5. RAYVON PETERSON,<br>6. DAVID JESUS MARTINEZ,<br><br>Defendants. | NO. CR23-90-JHC<br><br>**PROTECTIVE ORDER** |

1. This Protective Order governs all discovery material in any format (written or electronic) that is produced by the government in discovery in the above-captioned.

2. Discovery in this case is voluminous. Many of these materials and documents include personally identifiable information (PII), which is defined for purposes of this order as Social Security numbers, driver's license numbers, dates of birth, addresses), and bank or other financial account numbers. Redacting the discovery to delete PII would unnecessarily delay the disclosure of discovery to the defendants and would frustrate the intent of the discovery process.

3. Access to discovery material will be restricted to the Defense Team, with the limited exceptions discussed in paragraphs 4 through 7 below. "Defense Team" shall

PROTECTIVE ORDER - 1
*United States v. Jackson et al.*, CR23-90-JHC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

be limited to attorneys of record for the defendants and any of the following people working on this matter under the supervision of the attorneys of record: attorneys, investigators, paralegals, law clerks, testifying and consulting experts, and legal assistants. For purposes of this Order, "Defense Team" does not include the defendants. Defendants' attorneys shall inform any member of the Defense Team to whom disclosure of discovery material is made of the existence and terms of this Protective Order. Members of the Defense Team shall not provide copies of any discovery material to any persons outside of the Defense Team, except as specifically set forth below.

4. Members of the Defense Team shall retain custody of all copies of the discovery material, except as discussed below in paragraph 5. Members of the Defense Team shall use discovery material only for the purpose of preparing a defense to the charges in this action. Members of the Defense Team may review the discovery material with defendants and witnesses for purposes of trial preparation, provided that witnesses may review the material only in the presence a member of the Defense Team and may not take notes regarding the content of the discovery material.

5. Defense counsel may provide discovery to defendants residing in federal custody, subject to the following conditions:

(a) Defendant shall use discovery material only for the purpose of assisting the Defense Team with preparing a defense to the charges in this action;

(b) Defendant may not provide copies of the discovery material to any third parties and may only review the discovery material either alone or in the presence of the Defense Team;

(c) Defendant shall only be permitted to review his copy of the discovery material in facilities approved by the Bureau of Prisons for this purpose, on Bureau of Prisons-approved computers, or in hard copies maintained by Bureau of Prisons staff while not in use by the defendant; and

(d) Defendant shall not be permitted to maintain a copy of the discovery material, or any notes made while reviewing that material, in his cell.

PROTECTIVE ORDER - 2
*United States v. Jackson et al.*, CR23-90-JHC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

6. Defendants who are on pretrial release may review discovery at the offices of their counsel but are prohibited from printing out, copying, or disseminating discovery that contains PII. The Defense Team may, however, provide their client materials that either do not contain any PII or otherwise have been redacted by the Defense Team to remove all PII. Further, Defendants may be provided their own PII.

7. Any discovery material containing personal identifying information or personal financial information that the Defense Team files with the Court in connection with pre-trial motions, trial, or other matters before the Court, shall either be redacted to remove the personal identifying information or personal financial information, or shall be filed under seal and shall remain sealed until otherwise ordered by the Court.

8. This Protective Order will cover additional defendants in this case so long as they agree to be bound by the terms of this Protective Order and so indicate that consent by the execution of a supplemental stipulation, which shall be filed as an addendum or supplement to this Protective Order.

9. This Protective Order may be modified, as necessary, by filing with the Court a Stipulated Order Modifying the Protective Order or by order of the Court.

DATED this  5th  day of July, 2023.

*[signature]*
JOHN H. CHUN
United States District Court Judge

Presented by:

*/s/ Cindy Chang*
CINDY CHANG
Assistant United States Attorney

PROTECTIVE ORDER - 3
*United States v. Jackson et al.*, CR23-90-JHC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970