UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID JESUS MARTINEZ,<br><br>Defendant. | No. CR23-090-JHC<br><br>ORDER GRANTING MOTION TO MODIFY CONDITIONS OF SUPERVISED RELEASE |

THE COURT has considered David Martinez's motion to modify his conditions of supervised release, Dkt. # 235, along with the records in this case and the governing law. The Government does not oppose the motion. Dkt. # 236.

IT IS ORDERED that Mr. Martinez's conditions of supervised release shall be modified to remove the requirement of active GPS monitoring.

DATED this 21st day of November 2024.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER TO MODIFY CONDITIONS OF RELEASE
(*U.S. v. Martinez,* CR23-090-JHC) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100